## MARTIN v. TARBOX.

(Supreme Court, Appellate Term. April 27, 1898.)

COSTS ON APPEAL.

    Where, upon appeals by both parties to the appellate term of the supreme court, a judgment is affirmed, costs are to be awarded in favor of the respondent on each appeal, with a provision in the order of affirmance for an offset of the costs.

Appeal from Tenth district court.

Action by George W. Martin against Charles W. Tarbox. From the judgment, both parties appeal. Affirmed.

Argued before BEEKMAN, P. J., and GILDERSLEEVE and GIEGERICH, JJ.

E. Crawford, for plaintiff.

S. E. Duffy, for defendant.

PER CURIAM. The judgment appealed from must be affirmed. The statute requires us to award costs where the judgment is affirmed. As both parties have appealed, it seems that, while awarding costs against each, we should also provide that they be offset. Board v. Bristol, 58 How. Prac. 3. The judgment is therefore affirmed, with costs in favor of the respondent on each appeal. The order of affirmance should contain a provision for an offset of the costs. Id.